**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

JOSEPH S. ELDER and
BARBARA U. ELDER,

      Plaintiffs,

v.                                                                    CASE NO. 1:25cv357-RH-HTC

D.R. HORTON, INC.,

      Defendant.

_____/


**ORDER DISMISSING COUNTS 1, 3, 4, AND 7**


      This case is before the court on the magistrate judge's report and recommendation, ECF No. 24, the objections, ECF No. 25, and the motion for leave to supplement the objections, ECF No. 26. I have reviewed de novo the issues raised by the objections and supplement.

      This order overrules the objections, accepts the report and recommendation, and adopts it as the court's opinion.

      Included in the objections and supplement is a request for leave to further amend count 1, the breach-of-contract count. As the report and recommendation correctly notes, the plaintiffs were already provided an opportunity to amend that

count but still failed to state a claim on which relief could be granted. *See* ECF No. 24 at 13 & n.9. The objections and supplement do not include allegations that would cure the deficiencies identified in the report and recommendation. And in any event, any further amendment would be allowed only on a motion showing good cause accompanied by the proffered amendment. Any such motion would be addressed by the magistrate judge in the first instance.

IT IS ORDERED:

1. The motion for leave to supplement the objections, ECF No. 26, is granted. The supplement has been considered.

2. The report and recommendation, ECF No. 24, is accepted and adopted as the court's opinion.

3. The motion to dismiss, ECF No. 16, is granted in part and denied in part.

4. The first amended complaint's counts 1, 3, 4, and 7 are dismissed.

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on May 1, 2026.

s/Robert L. Hinkle
United States District Judge